AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CHAD ENGLISH,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:09-CV-00407-RCJ-VPC**

BACA, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Complaint is DISMISSED for failure to state a claim.


  08/03/2010                                                **LANCE S. WILSON**
                                                                    Clerk


                                                                    /s/ P. McDonald
                                                                     Deputy Clerk